IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL NO. 5:13-CR-25 |
| | § | JUDGE SCHNEIDER/CRAVEN |
| ADAM BLANKENSHIP | § | |

# NOTICE OF PENALTY ON GOVERNMENT'S COMPLAINT

## Count 1

| | |
|---|---|
| Violation: | 18 U.S.C. §§ 2251(a) and (e) (production of material involving the sexual exploitation of minors) |
| Penalty: | Imprisonment for not less than 15 years and not more than 30 years; a fine of not more than $250,000; and a term of supervised release of not less than five years to life. |
| Special Assessment: | $100.00 |

## Count 2

| | |
|---|---|
| Violation: | 18 U.S.C. §§ 2252A(1) (interstate or foreign transmittal of material involving the sexual exploitation of minors) |
| Penalty: | Imprisonment for not less than 5 years nor more than 20 years; a fine of not more than $250,000; and a term of supervised release of not less than five years to life. |
| Special Assessment: | $100.00 |