**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**TEXARKANA DIVISION**

**JUDGE CAROLINE M. CRAVEN**
**COURTROOM DEPUTY/ECRO LYNN SIEBEL**
**LAW CLERK JENNIFER ORGERON**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| **V** | § | **5:13mj25** |
| | § | |
| **ADAM BLANKENSHIP** | § | |

**ATTORNEY FOR PLAINTIFF: RYAN LOCKER, AUSA**
**ATTORNEY FOR DEFENDANT: JEFF HARRELSON**

10/28/2013

On this day, came the parties by their attorneys, the following proceedings were held in Texarkana, TX:

| TIME | MINUTES |
|---|---|
| 3:25 pm | Matter called for Initial Appearance on Complaint. |
| | Attorney announcements. |
| | Jeff Harrelson standing by for appointment. |
| | Defendant informed of charges in Complaint. Defendant informed of rights. Mr. Jeff Harrelson standing by for appointment. Court finds Defendant qualifies for court appointed counsel and Mr. Jeff Harrelson appointed. Today is first appearance on the Complaint. Government moves for Detention. Crime of violence. |
| | Defendant waives right to preliminary examination and waives detention hearing. Grand jury is November 20th. |
| | Defendant remanded to the custody of the USM. |
| 3:29 pm | Adjourn |
| | |

| | |
|---|---|
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |